# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of --                                    )
                                                  )
Henderson Contractors Corporation                 )        ASBCA No. 61421-982
                                                  )
Under Contract No. SP4702-14-C-0029               )

APPEARANCE FOR THE PETITIONER:        Gregory D. Coleman, Esq.
                                        Johnson Hopewell Coleman, LLC
                                        Decatur, GA

APPEARANCES FOR THE GOVERNMENT:       Daniel K. Poling, Esq.
                                        DLA Chief Trial Attorney
                                      Matthew O. Geary, Esq.
                                        Trial Attorney
                                        DLA Land and Maritime
                                        Columbus, OH

## ORDER OF DISMISSAL

By letter dated 14 November 2017, the contractor filed a request for an order pursuant to Board Rule 1(a)(5) directing the contracting officer to render a decision on the contractor's 23 January 2017 claim. The parties subsequently informed the Board that they have settled this matter.

By Order dated 2 February 2018, the Board informed the parties that it intends to dismiss this petition unless either party objects within 14 days of the Order. The Board received no objection from either party.

Accordingly, this petition is dismissed.

Dated: 27 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61421-982, Petition of Henderson Contractors Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals